**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| **STATE FARM FIRE AND CASUALTY COMPANY AS SUBROGEE OF JOHN CORRERO** | **PLAINTIFF** |
| **vs.** | **CIVIL ACTION No.: 3:23-CV-142-HTW-LGI** |
| **BRIGHTON SOUTHERN HOMES, LLC, DONALDO CASTILLO, and NALDO'S MASONRY, LLC** | **DEFENDANTS** |

**ORDER OF DISMISSAL**

On May 16, 2025, in advance of an approaching jury trial, this Court convened counsel-of-record for the parties for a pretrial conference. This Court thereat instructed the attending counsel to discuss settlement, amongst one another, and with their clients. After holding such discussions outside this Court's presence, the parties approached this Court and announced that they had reached a global settlement—which would resolve all claims as to all parties and result in the dismissal of this case with prejudice, with the parties to bear their own costs and expenses. This Court directed that the parties expeditiously confirm the terms of their agreement in writing. The parties consented to the entry of an order of dismissal without prejudice, in the interim.

This Court, thus, desiring to remove this matter from its active docket—and to permit the parties to finalize their paperwork without pending deadlines advancing—accordingly:

**ORDERS** that this case hereby is **DISMISSED WITHOUT PREJUDICE**. The parties shall submit a Final Agreed Judgment, dismissing this matter **WITH PREJUDICE**, within forty-five (45) days of this order. The parties may request additional time to finalize the settlement agreement, if necessary.

The Court specifically retains jurisdiction to enforce the settlement agreement. If any party fails to consummate this resolution within forty-five (45) days of this order, any aggrieved party may reopen the case for enforcement of the settlement agreement; and, if such motion is successful, this Court shall award any such aggrieved party all additional attorney fees and costs from the date of this order against the party failing to consummate the agreement.

**SO ORDERED AND ADJUDGED this the  16th  day of            May          , 2025.**

                                        /s/ HENRY T. WINGATE
                                        **UNITED STATES DISTRICT COURT JUDGE**