UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

STATE FARM FIRE AND CASUALTY
COMPANY AS SUBROGEE
OF JOHN CORRERO                                                                        PLAINTIFF

VS.                                            CIVIL ACTION NO. 3:23-cv-142-HTW-LGI

BRIGHTON SOUTHERN HOMES, LLC,
DONALDO CASTILLO, and NALDO'S
MASONRY, LLC                                                                        DEFENDANTS

**AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

**THIS DAY** this cause came before the Court on the joint motion, *ore tenus*, of plaintiff State Farm Fire and Casualty Company as Subrogee of John Correro and defendants Brighton Southern Homes, LLC, Donaldo Castillo, and Naldo's Masonry, LLC, to dismiss the claims of plaintiff State Farm Fire and Casualty Company with prejudice, and the Court, having considered the matter and being advised that all claims asserted by plaintiff against these defendants have been fully and completely resolved, finds that said motion to dismiss the claims asserted by the plaintiff with prejudice is well-taken and should be granted.

**IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED** that this lawsuit and the claims asserted by plaintiff State Farm Fire and Casualty Company in this litigation are hereby dismissed against defendants Brighton Southern Homes, LLC, Donaldo Castillo, and Naldo's Masonry, LLC, with prejudice, and that each party shall bear their own costs.

**SO ORDERED AND ADJUDGED**, this the 27th day of _June_ 2025.

_____
HON. HENRY T. WINGATE
UNITED STATES DISTRICT COURT JUDGE

AGREED TO:


BY:     /s/ Jacob G. Johnston
Michael W. Baxter (Miss. Bar No. 2211)
Jacob G. Johnston (Miss. Bar No. 106822)
*Attorneys for Defendants Donaldo Castillo and Naldo's Masonry, LLC*


BY: /s/ Alton E. Peterson
Alton E. Peterson (Miss. Bar No. 99222)
THE PETERSON LAW GROUP, PLLC
*Attorney for Defendant Brighton Southern Homes, LLC*

BY: /s/ James E. Brouillette
James E. Brouillette (Miss. Bar No. 10448)
*Attorney for Plaintiff State Farm Fire and Casualty Company*